[No. 66848-0-I.   Division One.   May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTORIA HARRIET SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09072-6, Mary Yu, J., entered March 7, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Lau, JJ.

[No. 67220-7-I.   Division One.   May 29, 2012.]

*In the Matter of the Parentage of* P.R.M.

GINGER MILLER, *Respondent*, v. PETER RICHESON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-5-00054-7, James A. Doerty, J., entered June 6, 2011. *Dismissed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 67319-0-I.   Division One.   May 29, 2012.]

*In the Matter of the Marriage of* SUZANNE E. NEVAN, *Respondent*, and DANIEL M. CASEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-07464-5, Palmer Robinson, J., entered May 27, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 67533-8-I.   Division One.   May 29, 2012.]

*In the Matter of the Parentage of* P.M.M.

KEVIN COLUMBA MCGLYNN, *Appellant*, v. KLAUDIA KATARZYNA BATKIEWICZ, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-05170-0, Jeffrey M. Ramsdell, J., entered July 11, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Dwyer, J.